Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**LYDIA FOIX**

       Plaintiff,

   v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

       Defendant.

CV 10-957-BR

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $6,819.81. Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, _ U.S. _ (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

It is so ORDERED
Dated this 26th day of September, 2011

_____
United States District Judge

Prepared as to form:

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1